# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**          **DISTRICT OF COLUMBIA**

Case No.: 1:06CV00367

International Painters and Allied Trades Industry
Pension Fund

vs

Reliable Window Installers, an unincorporated business, et al.

SERVICE OF PROCESS ON: **Reliable Window Installers, an unincorporated business**

_Keith J. Christiansen_ , undersigned, being duly sworn, deposes and says that he
was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: _3-15-2006_
Place of Service: _172 County Rt. 5A, New Lebanon, NY_
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness
in the following manner:

_X_ By hand delivering to an officer, manager or person in charge of defendant business.
    Name & Title: _Timothy F. Lambert, Jr. - owner_

Description of Person Receiving Documents: Male/Female   Skin Color _White_
                                Hair Color _Dark_   Age _45_ Hgt _5'9"_ Wgt _175_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_____          _3-15-2006_
Signature of Server                                Date

Shelley R. Goldner, Esquire
Jennings Sigmond, P.C.
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106                    215-922-6700