# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**          **DISTRICT OF COLUMBIA**

Case No.: 1:06CV00367

International Painters and Allied Trades Industry
Pension Fund

vs

Reliable Window Installers, an unincorporated business, et al.

SERVICE OF PROCESS ON: **Timothy F. Lambert, Jr., individually d/b/a Reliable Window Installers**

_Keith T. Christionsen_, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:   _3-15-2006_
Place of Service:   _172 County Rt. 5A, New Lebanon, NY_
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

\_\_ By hand delivering to: Timothy F. Lambert, Jr. - Personally.
     Name & Title:   _Timothy F. Lambert, Jr. - Owner_

Description of Person Receiving Documents: Male/Female   Skin Color _White_
                                           Hair Color _Dark_  Age _45_ Hgt _5'9"_ Wgt _175_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_signature_                                _3-15-2006_
Signature of Server                        Date

Shelley R. Goldner, Esquire
Jennings Sigmond, P.C.
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106                     215-922-6700