IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND  )<br>                                             )<br>               Plaintiff              )<br>       v.                               )<br>                                             )<br>RELIABLE WINDOW INSTALLERS, et al. )<br>                                             )<br>               Defendants           ) | CIVIL ACTION NO.<br>06-367 (RCL) |

NOTICE OF DISMISSAL PURSUANT
TO F.R.C.P. RULE 41(a)(1)

TO THE CLERK:

No answer or motion for summary judgment has been filed in the above-captioned case.

Kindly dismiss this matter without prejudice pursuant to Fed.R.Civ.Pro. 41(a)(1).

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: s/ SHELLEY R. GOLDNER
SHELLEY R. GOLDNER
(I.D. NO. 483329)
SANFORD G. ROSENTHAL, ESQUIRE
(I.D. NO. 478737)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0644/0611

Date: April 27, 2006            Attorneys for Plaintiff

167600-1