## CERTIFICATE OF SERVICE

I, SHELLEY R. GOLDNER, ESQUIRE, state, under penalty of perjury, that the foregoing Notice of Dismissal Pursuant to F.R.C.P. Rule 41(a)(1) was served by mailing same first class mail, postage prepaid, on the date listed below to:

> Reliable Window Installers
> 172 Country Route 5A
> New Lebanon, NY  12125
>
> Timothy Lambert
> 172 Country Route 5A
> New Lebanon, NY  12125

/s/ Shelley R. Goldner
SHELLEY R. GOLDNER, ESQUIRE

DATE: April 27, 2006

167600-1